WALTER H. WARREN, Appellant, *v.* CAROLINE BUNEL, Respondent.

*Warren* v. *Bunel,* 125 App. Div. 910, appeal dismissed.
(Argued May 18, 1908; decided June 2, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 20, 1908, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

The motion was made upon the ground that by reason of the unanimous decision of the Appellate Division that the finding of facts were supported by the evidence there was no question for review by the Court of Appeals.

*J. Addison Young* for motion.

*A. P. Bachman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.